# IN THE SUPREME COURT OF THE STATE OF NEVADA

PATRICIA A. MCCAULEY A/K/A
PATRICIA A. SCOLAMIERO A/K/A
PATRICIA A. LEDOUX,
Appellant,
vs.
KEILY D. LEVY; AND AMY
CAUFFMAN, CO-GUARDIANS AND
CO-CONSERVATORS FOR ANN M.
GALLAGHER, AN INCAPACITATED
PERSON,
Respondents.

No. 67115

**FILED**

JAN 14 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order granting summary judgment.[1]  Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Appellant challenges the district court's summary judgment, giving full faith and credit to a Virginia judgment.  Having considered appellant's pro se appeal statement and the record on appeal, we conclude that the district court did not err in granting summary judgment.  *Wood v. Safeway, Inc.*, 121 Nev. 724, 729, 121 P.3d 1026, 1029 (2005) (holding that summary judgment is appropriate if the pleadings and other evidence on file, viewed in the light most favorable to the nonmoving party, demonstrate that no genuine issue of material fact remains in dispute and that the moving party is entitled to judgment as a matter of law).  "The

---

[1]Appellant Paul S. Ledoux and respondents' stipulation to dismiss this appeal as to Paul S. Ledoux, only, is approved.  Accordingly, we dismiss this appeal as to appellant Paul S. Ledoux, only, with each party to bear their own costs and attorney fees. NRAP 42(b).

full faith and credit clause of the United States Constitution requires that a final judgment entered in a sister state must be respected by the courts of this state absent a showing of fraud, lack of due process or lack of jurisdiction in the rendering state." *Rosenstein v. Steele*, 103 Nev. 571, 573, 747 P.2d 230, 231 (1987). Appellant presents no arguments regarding why the Virginia judgment should not be given full faith and credit, and we can find none in the record on appeal.[2] Accordingly, we conclude that the district court properly granted summary judgment and enforced the Virginia judgment, and we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:     Hon. Carolyn Ellsworth, District Judge
        Patricia A. McCauley
        Paul S. Ledoux
        Hutchison & Steffen, LLC
        Eighth District Court Clerk

---

[2]Appellant's April 29, 2015, and May 11, 2015, filings were considered by this court to the extent that they did not reference or include documents outside of the record on appeal.